# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**AXA EQUITABLE LIFE INS. CO.,**

    **Plaintiff,**

vs.                                           **CASE NO. 4:11cv188/RS-WCS**

**KATHRYN SIMKINS-ESFORMES,**
**and LEE WARWICK**

    **Defendants.**

_____

## ORDER

The relief requested in the Unopposed Motion for Extension of Time for Plaintiff to File its Response to Defendant's Motion to Dismiss Count IV (Doc. 16) is **GRANTED**. Plaintiff shall file its response to the Motion to Dismiss (Doc. 11) not later than June 27, 2011.

**ORDERED** on June 16, 2011.

                                             /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**