### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**AXA EQUITABLE LIFE INS. CO.,**

   **Plaintiff,**

**vs.**            **CASE NO. 4:11cv188/RS-WCS**

**KATHRYN SIMKINS-ESFORMES,**
**and LEE WARWICK**

   **Defendants.**

_____

### ORDER

   The relief requested in the Plaintiff's unopposed Notice of Withdrawing Notice of

Voluntary Dismissal of Count IV of Complaint and Motion for Leave to File an

Amended Complaint to Drop Count IV (Doc. 22) is **GRANTED**.  Plaintiff shall file its

amended complaint not later than July 8, 2011.


**ORDERED** on July 5, 2011.


        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**