IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AXA EQUITABLE LIFE INSURANCE
COMPANY,

    Plaintiff,

vs.                                CASE NO. 4:11cv188/RS-WCS

KATHRYN SIMKINS-ESFORMES and
LEE WARWICK,

    Defendants.
_____/

## ORDER

Defendant Warwick's Motion To Dismiss Count IV Of Plaintiff's Complaint (Doc. 11) is **denied**.

**ORDERED** on July 7, 2011.

                          /S/ Richard Smoak
                          **RICHARD SMOAK**
                          **UNITED STATES DISTRICT JUDGE**