IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AXA EQUITABLE LIFE
INSURANCE COMPANY,

    Plaintiff,

vs.                                        CASE NO. 4:11-cv-188-RS-WCS

KATHRYN SIMKINS-ESFORMES
and LEE WARWICK,

    Defendants.
_____/

## ORDER

Before me is the Mediation Report (Doc. 56). Pursuant to N.D. Fla. Loc. R. 16.2(D), **IT IS ORDERED**:

1. This case is dismissed from the active docket of the court.

2. In the event that the settlement between these parties is not consummated, the Court reserves jurisdiction, upon motion filed by any party within sixty days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

3. The clerk is directed to close the file for administrative purposes, and upon the expiration of 60 days without activity, the clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on August 19, 2011.

                                              /s/ Richard Smoak
                                              RICHARD SMOAK
                                              UNITED STATES DISTRICT JUDGE

Case 4:11-cv-00188-RS-WCS   Document 57   Filed 08/19/11   Page 2 of 2